UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Ebony Tate, et al.
                                    Plaintiff,
v.                                                          Case No.: 1:18−cv−07439
                                                            Honorable Charles P. Kocoras
Patrick Boyle, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2020:

   MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 3/12/20 and continued to 4/30/20 at 10:30 a.m. The parties shall proceed to take the depositions on the dates outlined in the Parties' Joint Notice of Confirmed Depositions [162] absent a court order allowing a date to change or the parties' agreement to reschedule a deposition to a date prior to the close of fact discovery. If the parties agree to change a date, they shall file a supplemental notice of deposition. The parties shall meet and confer about the depositions listed as 16, 17, 19 and 20 in their Joint Notice [162] by 3/26/20 and, if they cannot resolve the issues themselves, Plaintiffs will file a motion for protective order by 4/9/20. Defendants shall respond by 4/23/20. Plaintiffs shall reply by 4/30/20. Motion hearing held. CBS Broadcasting's Motion to Quash Defendants' Subpoenas Duces Tucum [158] is entered and continued to 4/30/20 at 10:30 a.m. Defendants'; response, along with any response Plaintiffs want to file, shall be filed by 4/1/20. Movant CBS shall reply by 4/15/20. After today's court hearing, the Court noticed two potential anomalies with the briefing schedules it set from the bench. First, Plaintiffs' reply in support of their anticipated motion for protective order concerning depositions of minor plaintiffs is due on April 30 which is the date of the next status and motion hearing in this case. Second, Defendants are to respond to CBS's Motion to Quash [158] in this case before Judge Kennelly rules on a similar motion filed in Bures v. City of Chicago, 19−cv−2040, on 4/6/20. Accordingly, if Plaintiffs would like more time to file their reply in support of any motion for protective order concerning the depositions of minor plaintiffs or Defendants would like to wait to file their response to CBS's Motion to Quash [158] until after Judge Kennelly rules on the motion pending in the Bures case, then counsel should confer about modifying the schedules set in this order and communicate any proposed changes to the Court's courtroom deputy. The Court recognizes if it modifies the briefing schedule on CBS's Motion to Quash [158], it likely will need to reset the 4/30/20 hearing date on that Motion. The Court would like to proceed with the status hearing set for 4/30/20 in any event for a report on the parties' progress with discovery unless it conflicts with a scheduled deposition in the case. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.