58482-LSK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| EBONY TATE, for herself and on behalf of her minor children, E'MONIE BOOTH, LA'NIYA BOOTH, LEGEND BOOTH and LAKAI'YA BOOTH; and CYNTHIA EASON, | ) | Case No. 18-cv-07439 |
| Plaintiffs, | ) | Judge Charles P. Kocoras |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | Jury Demanded |
| THE CITY OF CHICAGO, et al. | ) | |
| Defendants. | ) | |

**DEFENDANT OFFICER'S MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, OFFICERS MICHAEL HIGGINS (Star #3766), JENNIFER BURMISTRZ (Star #14060), MATTHEW EVANS (Star 5815), PATRICK KENNEDY (Star #14414), PACHARA SANTISUK (Star #6607); ANDREW CUOMO (Star #5853), ERIC JAMES (Star #4308), EVAN KILPONEN (Star #12854), NICHOLAS LINKER (Star #12858), RICARDO LOPEZ (Star #11987), RYAN MCCALLUM (Star #16333), MICHAEL PANTANO (Star #11886), MARCO ZENERE (Star #17319), SGT. PATRICK BOYLE (Star #975), SGT. JOHN HROMA (Star #1729), and LT. JAMES D. CASCONE (Star #560), ("Defendant Officers"), by and through their attorneys, Querrey & Harrow, Ltd., and move this Court to grant summary judgment and dismiss Plaintiffs' claims against Defendant Officers pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support thereof, Defendant Officers provide and incorporate by reference herein the following:

1. Defendant Officers' Local Rule 56.1(a)(1)(3) Statement of Material Facts in Support of the Motion for Summary Judgment, with supporting exhibits; and
2. Defendant Officers' Memorandum of Law in Support of their Motion for Summary Judgment.

WHEREFORE, Defendants OFFICERS MICHAEL HIGGINS (Star #3766), JENNIFER BURMISTRZ (Star #14060), MATTHEW EVANS (Star 5815), PATRICK KENNEDY (Star #14414), PACHARA SANTISUK (Star #6607); ANDREW CUOMO (Star #5853), ERIC JAMES (Star #4308), EVAN KILPONEN (Star #12854), NICHOLAS LINKER (Star #12858), RICARDO LOPEZ (Star #11987), RYAN MCCALLUM (Star #16333), MICHAEL PANTANO (Star #11886), MARCO ZENERE (Star #17319), SGT. PATRICK BOYLE (Star #975), SGT. JOHN HROMA (Star #1729), and LT. JAMES D. CASCONE (Star #560), ("Defendant Officers"), respectfully request this Honorable Court enter an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in Defendants' favor and against Plaintiffs, dismissing the claims against Defendant Officers with prejudice, and for any other relief this Court deems just and necessary.

Respectfully Submitted,

By: /s/ Larry S. Kowalczyk
Special Assistant Corporation Counsel

Larry S. Kowalczyk - Special Assistant Corporation Counsel
Megan K. Monaghan - Special Assistant Corporation Counsel
QUERREY & HARROW, LTD.
120 N. LaSalle St., Suite 2600
Chicago, Illinois 60602
312/540-7000
lkowalczyk@querrey.com
mmonaghan@querrey.com
*Counsel for Defendant Johnson*