IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EBONY TATE, *et al.* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18 CV 07439 |
| | ) | |
| CITY OF CHICAGO, *et al.* | ) | Judge John J. Tharp, Jr. |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

The Court set this matter for trial commencing on February 2, 2026. This Order addresses the following pretrial motions pending before the Court: (1) Plaintiffs' Motion to Compel the United States Department of Justice and Patrick Johnson to comply with plaintiffs' trial subpoena; (2) Defendants' Supplemental to Motions *in limine* Nos. 37, 40, and 42; and (3) Defendants' Motion to Bar Witnesses. *See* R. 560, 561, 562.[1] In this Order, the Court only states its rulings on each of the motions–it does not provide the rationale for each ruling. The rationale for each motion was presented on the record in Court in the Pretrial Conference on January 28, 2026, and can be found in the transcripts.

**STATEMENT**

I. **Plaintiffs' Motion to Compel the U.S. Department of Justice and Patrick Johnson to Comply with Plaintiffs' Trial Subpoena**

RULING PENDING.

The subpoena remains in effect pending the Court's determination as to what portions, if any, of the DOJ report will be admissible at trial.

II. **Defendants' Supplement To Motions in Limine 37, 40, and 42**

1. Supplement to Motion *in Limine* No. 37: Bar Evidence From Former Superintendent Eddie Johnson, Former Superintendent Brown, Former Mayor Emanuel and Former Mayor Lightfoot

   GRANTED IN PART AND DENIED IN PART AS A MOTION IN LIMINE.

---

[1] Citations to the docket are indicated by "R." followed by the docket number or filing name, and, where necessary, a page or paragraph citation.

    Plaintiffs represent that they do not intend to call Former Superintendents Johnson and Brown to testify at trial or to present prior out-of-court statements by them. Accordingly, Supplemental Motion in Limine 37 is granted as to them.

    Plaintiffs are barred from calling Former Mayor Lori Lightfoot and former Inspector General Joseph Ferguson to testify at trial. Plaintiffs may, however, call Former Mayor Rahm Emanuel to testify, but solely as to his out-of-court statements in December 2015 regarding a "code of silence."

2. <u>Supplemental to Motion in Limine No. 40: Bar DOJ Report, PATF, OIG Reports, and Witnesses Associated with them.</u>

    DENIED AS A MOTION IN LIMINE.

    The Court will rule on the admissibility of specific portions of the DOJ and PATF reports on a statement-by-statement basis. To the extent any excerpts from the OIG reports are offered, their admissibility will be addressed on a statement-by-statement basis during trial.

    Plaintiffs shall provide Defendants with a list of the discrete statements they seek to admit from the DOJ and PATF reports by no later than 5 p.m. on Thursday, January 29, 2026. Defendants shall provide their objections to the proposed statements by no later than 9:00 a.m. on Monday, February 2, 2026.

3. <u>Supplemental Motion in Limine No. 42: Bar news accounts or other media to support plaintiffs' Monell claims, including comments made by City personnel.</u>

    DENIED AS MOOT.

    Plaintiffs represent that they do not intend to offer the identified media materials. To the extent any such materials are later offered, their admissibility will be addressed at that time.

**III.**     **Defendants' Motion to Bar Witnesses Ferguson, Lightfoot, and Emanuel**

    GRANTED IN PART AND DENIED IN PART.

    Plaintiffs are barred from calling Former Mayor Lori Lightfoot and former Inspector General Joseph Ferguson as witnesses at trial. Defendants' motion is denied as to former Mayor Rahm Emanuel, who is permitted to testify, as set forth above.

Date: January 30, 2026

John J. Tharp, Jr.
United States District Judge

3