# **EXHIBIT D**

1/30/26, 7:50 AM Law Office of Julian Johnson Mail - RE: Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson

Case: 1:18-cv-07439 Document #: 568-4 Filed: 01/30/26 Page 2 of 8 PageID #:24351



Julian Johnson <julian@julianjohnsonlaw.com>

---

## RE: Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson
1 message

---

**Ed.Siskel@lw.com** <Ed.Siskel@lw.com>  Fri, Jan 30, 2026 at 3:51 AM
To: al@alhofeldlaw.com
Cc: chaka@chakapattersonlaw.com, astroth@actioninjurylawgroup.com, julian@julianjohnsonlaw.com, zach@alhofeldlaw.com, jfisher@alhofeldlaw.com, Marion.Moore@cityofchicago.org, Raoul.Mowatt@cityofchicago.org, Maxwell.Lisy@cityofchicago.org, lkowalczyk@mohangroble.com, mmonaghan@mohangroble.com, daniel.fahner@rkfglobal.com

Mr. Hofeld—

I've added defense counsel to this email exchange. I do not know what the City may or may not have said in this matter regarding the potential testimony of Former Mayor Emanuel. I represent him and will need to discuss with my client. I am traveling overseas but will try to get back to you as soon as possible.

Thank you,

**Ed Siskel**

**LATHAM & WATKINS LLP**

330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611

D: +1.312.876.6563

---

**From:** Al Hofeld Jr. <al@alhofeldlaw.com>
**Sent:** Thursday, January 29, 2026 4:38 PM
**To:** Siskel, Ed (CH-DC) <Ed.Siskel@lw.com>
**Cc:** Chaka Patterson <chaka@chakapattersonlaw.com>; Andrew M Stroth <astroth@actioninjurylawgroup.com>; Julian Johnson <julian@julianjohnsonlaw.com>; Zach Hofeld <zach@alhofeldlaw.com>; James Fisher <jfisher@alhofeldlaw.com>
**Subject:** FW: Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson

Dear Mr. Siskel:

After agreeing to do so on the record in Court yesterday afternoon, the City accepted service of our trial subpoena for Rahm Emanuel's testimony on Tuesday, 2/2 at 9:00AM in Room 2303 of Dirksen building. Ms. Moore also had his schedule with her in court yesterday afternoon and indicated on the record that he is available then (as well as Wednesday and Thursday next week). I attach an e-copy of the subpoena and a copy of the check (but please let us know how to get you the original).

1/30/26, 7:50 AM  Law Office of Julian Johnson Mail - RE: Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson

Case: 1:18-cv-07439 Document #: 568-4 Filed: 01/30/26 Page 3 of 8 PageID #:24352

Please confirm that Mr. Emanuel will be in court on Tuesday morning next week.

Thank you very much.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
53 West Jackson Boulevard, Suite #204
Chicago, IL 60604
Office:  773-241-5844
Fax:  312-988-0057
Email:  al@alhofeldlaw.com
Website:  alhofeldlaw.com

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

---

**From:** Al Hofeld Jr. <al@alhofeldlaw.com>
**Date:** Wednesday, January 28, 2026 at 6:19 PM
**To:** Marion Moore <Marion.Moore@cityofchicago.org>, Zach Hofeld <zach@alhofeldlaw.com>, chaka@chakapattersonlaw.com <chaka@chakapattersonlaw.com>, julian@julianjohnsonlaw.com <julian@julianjohnsonlaw.com>, Andrew M Stroth <astroth@actioninjurylawgroup.com>
**Cc:** Raoul Mowatt <Raoul.Mowatt@cityofchicago.org>, Simerdeep Kaur <Simerdeep.Kaur@cityofchicago.org>, Maxwell Lisy <Maxwell.Lisy@cityofchicago.org>, Larry Kowalczyk <lkowalczyk@mohangroble.com>, Megan Monaghan <mmonaghan@mohangroble.com>, daniel.fahner@rkfglobal.com <daniel.fahner@rkfglobal.com>
**Subject:** Re: Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson

Good evening Marion:

Thank you for agreeing to accept service of plaintiffs' trial subpoena for Rahm Emanuel. Attached is our subpoena for his testimony on Tuesday, February 3, at 9:00AM. A copy of the check for his witness fee is also attached. Tomorrow we will deliver or overnight the check and the original subpoena to your attention.

Thank you and have a good evening.

Al

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
53 West Jackson Boulevard, Suite #204
Chicago, IL 60604
Office:  773-241-5844
Fax:  312-988-0057
Email:  al@alhofeldlaw.com
Website:  alhofeldlaw.com

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender.

1/30/26, 7:50 AM	Law Office of Julian Johnson, LLC Mail - RE: Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson

Case: 1:18-cv-07439 Document #: 568-4 Filed: 01/30/26 Page 4 of 8 PageID #:24353

Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

---

**From:** Marion Moore <Marion.Moore@cityofchicago.org>
**Date:** Monday, January 26, 2026 at 5:08 PM
**To:** Al Hofeld Jr. <al@alhofeldlaw.com>, Zach Hofeld <zach@alhofeldlaw.com>, chaka@chakapattersonlaw.com <chaka@chakapattersonlaw.com>, julian@julianjohnsonlaw.com <julian@julianjohnsonlaw.com>, Andrew M Stroth <astroth@actioninjurylawgroup.com>
**Cc:** Raoul Mowatt <Raoul.Mowatt@cityofchicago.org>, Simerdeep Kaur <Simerdeep.Kaur@cityofchicago.org>, Maxwell Lisy <Maxwell.Lisy@cityofchicago.org>, Larry Kowalczyk <lkowalczyk@mohangroble.com>, Megan Monaghan <mmonaghan@mohangroble.com>, daniel.fahner@rkfglobal.com <daniel.fahner@rkfglobal.com>
**Subject:** Re: Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson

Thank you for the confirmation.


Have a good evening,

Marion



**Marion C. Moore (she/her)**
**Chief Assistant Corporation Counsel, Special Federal Litigation**
City of Chicago Department of Law
2 N. LaSalle St., Ste. 420
Chicago, IL 60602
312-744-5170
www.cityofchicago.org/law



This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

---

**From:** Al Hofeld Jr. <al@alhofeldlaw.com>
**Sent:** Monday, January 26, 2026 4:50 PM
**To:** Marion Moore <Marion.Moore@cityofchicago.org>; Zach Hofeld <zach@alhofeldlaw.com>; chaka@chakapattersonlaw.com <chaka@chakapattersonlaw.com>; julian@julianjohnsonlaw.com <julian@julianjohnsonlaw.com>; Andrew M Stroth <astroth@actioninjurylawgroup.com>
**Cc:** Raoul Mowatt <Raoul.Mowatt@cityofchicago.org>; Simerdeep Kaur <Simerdeep.Kaur@cityofchicago.org>; Maxwell Lisy <Maxwell.Lisy@cityofchicago.org>; Larry Kowalczyk <lkowalczyk@mohangroble.com>; Megan Monaghan <mmonaghan@mohangroble.com>; daniel.fahner@rkfglobal.com <daniel.fahner@rkfglobal.com>
**Subject:** Re: Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson

[Warning: External email]


Marion:

1/30/26, 7:50 AM Law Office of Al Hofeld, Jr. Mail - RE: Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson

Case: 1:18-cv-07439 Document #: 568-4 Filed: 01/30/26 Page 5 of 8 PageID #:24354

"Conditional" acceptance of service after motions in limine have been ruled on is not acceptance of service. Further, no one - including our process servers - are attempting to communicate with any of the witnesses, even though it is by no means clear that they (except for Madison-Boyd) are represented. Nevertheless, we did ask our process server earlier today to suspend for now with respect to Lightfoot, Ferguson, Emanuel, and Madison-Boyd.

Thanks,

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
53 West Jackson Boulevard, Suite #204
Chicago, IL 60604
Office:  773-241-5844
Fax:  312-988-0057
Email:  al@alhofeldlaw.com
Website:  alhofeldlaw.com

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**From:** Marion Moore <Marion.Moore@cityofchicago.org>
**Date:** Monday, January 26, 2026 at 4:39 PM
**To:** Al Hofeld Jr. <al@alhofeldlaw.com>, Zach Hofeld <zach@alhofeldlaw.com>, chaka@chakapattersonlaw.com <chaka@chakapattersonlaw.com>, julian@julianjohnsonlaw.com <julian@julianjohnsonlaw.com>, Andrew M Stroth <astroth@actioninjurylawgroup.com>
**Cc:** Raoul Mowatt <Raoul.Mowatt@cityofchicago.org>, Simerdeep Kaur <Simerdeep.Kaur@cityofchicago.org>, Maxwell Lisy <Maxwell.Lisy@cityofchicago.org>, Larry Kowalczyk <lkowalczyk@mohangroble.com>, Megan Monaghan <mmonaghan@mohangroble.com>, daniel.fahner@rkfglobal.com <daniel.fahner@rkfglobal.com>
**Subject:** Re: Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson

Al,

I write pursuant to LR 37.2. We have been made aware that your process server attempted to make contact with both Lori Lightfoot and Joe Ferguson today, despite my specific request to stop on Friday wherein I wrote (for the fourth time as to Lori Lightfoot) that the City would facilitate their (and Rahm Emanuel's) testimony should it be ordered. There has been no ambiguity. Accordingly, the continued attempts at service are nothing but harassment of these purported witnesses. Unfortunately I will be forced to file for a protective order if I do not receive written confirmation that your process server will cease and desist. Please let me know if there is any confusion or if you wish to discuss.

Thank you,

Marion

**Marion C. Moore (she/her)**
**Chief Assistant Corporation Counsel, Special Federal Litigation**
City of Chicago Department of Law
2 N. LaSalle St., Ste. 420
Chicago, IL 60602
312-744-5170
www.cityofchicago.org/law



This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

---

**From:** Al Hofeld Jr. <al@alhofeldlaw.com>
**Sent:** Friday, January 23, 2026 4:30 PM
**To:** Marion Moore <Marion.Moore@cityofchicago.org>; Zach Hofeld <zach@alhofeldlaw.com>; chaka@chakapattersonlaw.com <chaka@chakapattersonlaw.com>; julian@julianjohnsonlaw.com <julian@julianjohnsonlaw.com>; Andrew M Stroth <astroth@actioninjurylawgroup.com>
**Cc:** Raoul Mowatt <Raoul.Mowatt@cityofchicago.org>; Simerdeep Kaur <Simerdeep.Kaur@cityofchicago.org>; Maxwell Lisy <Maxwell.Lisy@cityofchicago.org>; Larry Kowalczyk <lkowalczyk@mohangroble.com>; Megan Monaghan <mmonaghan@mohangroble.com>; daniel.fahner@rkfglobal.com <daniel.fahner@rkfglobal.com>
**Subject:** Re: Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson

[Warning: External email]

All:

Thanks, Marion. We will review and respond.

Hello Dan: Welcome and good to see your name. Please know we have not attempted to communicate with your client, though Lori Lightfoot called me to discuss our subpoena to Ms. Madison. However, our process server has attempted to serve Ms. Madison. At your convenience, please let us know if you will accept service of our trial subpoena for Ms. Madison or if our process server should continue their efforts to personally serve her.

Thank you very much.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
53 West Jackson Boulevard, Suite #204
Chicago, IL 60604
Office:  773-241-5844
Fax:  312-988-0057
Email:  al@alhofeldlaw.com
Website:  alhofeldlaw.com

The sender of this email is an attorney. The information contained in this communication is confidential, may be attorney-client privileged, may be attorney work product, and is intended only for the use of the addressee. It is the property of the sender. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If

1/30/26, 7:50 AM Law Office of Julian Johnson Mail - RE: Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson

Case: 1:18-cv-07439 Document #: 568-4 Filed: 01/30/26 Page 7 of 8 PageID #:24356

you have received this communication in error, please notify me immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**From:** Marion Moore <Marion.Moore@cityofchicago.org>
**Date:** Friday, January 23, 2026 at 4:12 PM
**To:** Al Hofeld Jr. <al@alhofeldlaw.com>, Zach Hofeld <zach@alhofeldlaw.com>, chaka@chakapattersonlaw.com <chaka@chakapattersonlaw.com>, julian@julianjohnsonlaw.com <julian@julianjohnsonlaw.com>, Andrew M Stroth <astroth@actioninjurylawgroup.com>
**Cc:** Raoul Mowatt <Raoul.Mowatt@cityofchicago.org>, Simerdeep Kaur <Simerdeep.Kaur@cityofchicago.org>, Maxwell Lisy <Maxwell.Lisy@cityofchicago.org>, Larry Kowalczyk <lkowalczyk@mohangroble.com>, Megan Monaghan <mmonaghan@mohangroble.com>, daniel.fahner@rkfglobal.com <daniel.fahner@rkfglobal.com>
**Subject:** Tate, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Lightfoot, Emanuel, Ferguson

Dear Counsel,

Please see attached correspondence relating to the trial subpoenas issued to Joseph Ferguson, Rahm Emanuel, and Lori Lightfoot. As mentioned in the letter, the City will facilitate the service of any subpoena for these Officials' testimony as well as facilitate their appearance at trial if Judge Tharp so rules. Additionally, it has come to our attention that Plaintiffs were attempting to serve Sybil Madison with a trial subpoena. She has retained counsel, Daniel Fahner, who is copied on this email. All communications to Ms. Madison should go through him going forward.

Thank you,

Marion

**Marion C. Moore (she/her)**
**Chief Assistant Corporation Counsel, Special Federal Litigation**
City of Chicago Department of Law
2 N. LaSalle St., Ste. 420
Chicago, IL 60602
312-744-5170
www.cityofchicago.org/law



This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

1/30/26, 7:50 AM Law Office Of Jeffrey Johnson Mail - RE: Rule, et al. v. City of Chicago, et al., Plaintiffs' Trial Subpoenas to Light, Loeb, Emanuel, Ferguson

Case: 1:18-cv-07439 Document #: 568-4 Filed: 01/30/26 Page 8 of 8 PageID #:24357

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.