**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EBONY TATE, for herself and on behalf of her minor children, E'MONIE BOOTH, LA'NIYA BOOTH, LEGEND BOOTH and LAKAI'YA BOOTH; and CYNTHIA EASON, | ) ) ) ) | Case No. 18-cv-07439 |
| Plaintiffs, | ) | Judge John J. Tharp Jr. |
| v. | ) ) | Magistrate Judge Jeffrey T. Gilbert |
| THE CITY OF CHICAGO, et al. | ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Attorney Maxwell Evan Lisy, Assistant Corporation Counsel Supervisor for the City of Chicago, respectfully moves to withdraw his appearance as counsel in this matter. In support of this motion, the undersigned states:

1. The undersigned filed an appearance on behalf of Defendant City of Chicago in this matter.

2. The undersigned has accepted new employment and will no longer be working for the City of Chicago Department of Law after April 3, 2026.

3. Additional counsel currently represents the aforementioned Defendant and will continue to diligently and ably represent it going forward. This motion will not prejudice the representation of the Defendant nor cause any undue delay in this proceeding.

**WHEREFORE** the undersigned respectfully requests this Honorable Court grant this motion, withdraw the appearance of Maxwell Evan Lisy in this matter, and grant any other relief this Court deems appropriate and just.

Respectfully submitted,

*/s/Maxwell Evan Lisy*
Maxwell Evan Lisy
Assistant Corporation Counsel Supervisor

City of Chicago Department of Law
Special Federal Litigation Division
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 742-0305
Attorney No. 6321014